IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CR-00074D

| UNITED STATES OF AMERICA, | **ORDER** |
|---|---|
| v. | |
| JAHID PRESTON DIGGS | |

Before the Court for consideration is Defendant Jahid Diggs's Motion to Seal Proposed Sealed Document, Docket Number 192. For good cause shown, the Defendant's Motion is GRANTED.

It is therefore ORDERED that Docket Number 192 shall be and is hereby sealed.

SO ORDERED, this the __3__ day of February 2017

*[signature]*
HON. JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE