IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-74-4D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| JAHID PRESTON DIGGS | : |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of Memorandum of Plea Agreement entered into by the defendant, Jahid Preston Diggs, on September 12, 2016, the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1) made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm used in a knowing violation of 18 U.S.C. § 924(c), to wit: a Sig-Sauer Model SP2340, .40 caliber firearm, Serial Number SP0014690, and any and all accompanying ammunition; and

WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said property;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, Jahid Preston Diggs, the United States is hereby authorized to seize the above-stated property, and it is hereby

1

forfeited to the United States for disposition in accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(3), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 6 day of February, 2017.

                                                JAMES C. DEVER, III
                                                Chief United States District Judge